UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

SHERRY KENNEDY,

                          Plaintiff,                8:09-CV-0143
                                                    (GTS/DEP)

v.

COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.
_____

APPEARANCES:                                    OF COUNSEL:

OFFICE OF JUDITH A. PAREIRA              JUDITH A. PAREIRA, ESQ.
  Counsel for Plaintiff
129 South Main Street, Suite 5
Saranac Lake, NY 12983

SOCIAL SECURITY ADMINISTRATION      CHRISTOPHER J. BRACKETT, ESQ.
OFFICE OF REGIONAL GEN. COUNSEL      DENNIS J. CANNING, ESQ.
  Counsel for Defendant                          SOMMATTIE RAMRUP, ESQ.
26 Federal Plaza, Room 3904
New York, NY 10278

HON. GLENN T. SUDDABY, United States District Judge

**<u>DECISION and ORDER</u>**

       The above-captioned action comes to this Court following a Report-Recommendation by United States Magistrate Judge David E. Peebles, filed on June 14, 2010, recommending that Plaintiff's motion for judgment on the pleadings be granted and the Commissioner's decision denying disability benefits be vacated, and the action be remanded back to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Dkt. No. 16.) No Objections to the Report-Recommendation have been filed, and the time in which to do so has expired. After carefully reviewing all of the papers herein, including Magistrate Judge Peebles' thorough Report-Recommendation, the Court can find no error in the Report-Recommendation,

clear or otherwise.  As a result, the Report-Recommendation is accepted and adopted in its entirety; and the action is remanded back to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Peebles' Report-Recommendation (Dkt. No. 16) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that this action is **REMANDED** to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated:   August 24, 2010
         Syracuse, New York

_____
Hon. Glenn T. Suddaby
U.S. District Judge